UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                   §
                                         §
HART, ROBERT A                           §   Case No. 10-32152
                                         §
            Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK OF THE COURT
            219 South Dearborn
            Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/20/2012 in Courtroom 201,
            United States Courthouse
            57 North Ottawa Street
            Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/14/2012                    By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HART, ROBERT A § Case No. 10-32152
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,400.53 |
| and approved disbursements of | $ | 134.78 |
| leaving a balance on hand of[1] | $ | 8,265.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,590.05 | $ 0.00 | $ 1,590.05 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 25.60 | $ 0.00 | $ 25.60 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,615.65 |
| Remaining Balance | $ 6,650.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,140.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Department of the Treasury | $ 5,140.37 | $ 0.00 | $ 5,140.37 |
| | Total to be paid to priority creditors | | | $ 5,140.37 |
| | Remaining Balance | | | $ 1,509.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,344.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 11,748.71 | $ 0.00 | $ 207.83 |
| 4U | Department of the Treasury | $ 43,578.32 | $ 0.00 | $ 770.89 |
| 5 | Zenith Acquisition Corp | $ 1,110.00 | $ 0.00 | $ 19.64 |
| 6 | DSRM Natl Bk/Diamond Sham | $ 622.19 | $ 0.00 | $ 11.01 |
| 7 | eCAST Settlement Corporation, assignee | $ 813.43 | $ 0.00 | $ 14.39 |
| 8 | eCAST Settlement Corporation, assignee | $ 15,847.44 | $ 0.00 | $ 280.34 |
| 9 | Capital One Bank (USA), N.A. | $ 2,775.48 | $ 0.00 | $ 49.10 |
| 10 | HSBC Bank Nevada, N.A. (Menards) | $ 884.62 | $ 0.00 | $ 15.64 |
| 12 | FIA Card Services, NA/Bank of America | $ 7,964.48 | $ 0.00 | $ 140.89 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,509.73 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                                    Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 10-32152-BWB
Robert A Hart                                                           Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: kseldon                Page 1 of 3                   Date Rcvd: Jun 15, 2012
                               Form ID: pdf006              Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2012.
db           #+Robert A Hart,    1629 Sugar Creek Ct,    Joliet, IL 60433-3303
15872486      +Associate Area Counsel, SB/SE,    200 W Adams St,   Suite 2300,    Chicago, IL 60606-5231
15968768      +Bank of America,    C/O National Enterprise Systems,    29125 Solon Rd,    Solon, OH 44139-3442
15968769      +Bank of America,    C/O Creditors Financial Group LLC,    PO Box 440290,    Aurora, CO 80044-1500
15872488      +Blatt Hasenmiller Leibsker &,    PO Box 5436,   Chicago, IL 60680-5436
15872489      +Blitt & Gaines, P.C.,    661 Glenn Ave,   Wheeling, IL 60090-6017
15872490       Capital One Bank,    PO Box 6492,   Carol Stream, IL   60197-6492
15968770      +Capital One Bank,    C/O Blatt Hasenmiller Leibsker,    PO Box 5436,    Chicago, IL 60680-5436
15968771      +Capital One Bank,    C/O MRS Associates Inc,   1930 Olney Ave,    Cherry Hill, NJ 08003-2016
16226272       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
                Charlotte, NC   28272-1083
15872491      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15968773      +Chase,   C/O National Action Financial Serv,    PO Box 9027,   Buffalo, NY 14231-9027
15872492      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
15968774      +Citi,   C/O Blitt & Gaines P C,    661 Glenn Ave,   Wheeling, IL 60090-6017
15872493      +CitiBank,    Box 6000,   The Lakes, NV 89163-0001
15924473      +CitiMortgage, Inc.,    PO Box 140609,   Irving, TX 75014-0609
15872494      +Citifinancial,    300 Saint Paul Pl,   Baltimore, MD 21202-2120
15872496      +Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
15872497       Codilis & Associates,    15 W 030 N. Frontage Rd.,    Willowbrook, IL   60527
15872498      +Creditors Financial Group LLC,    PO Box 440290,   Aurora, CO 80044-1500
15968776     ++++DARM NT BK,   C/O MORGAN & ASSOCIATES,    2601 NW EXPRESSWAY STE 205E,
                OKLAHOMA CITY OK   73112-7211
              (address filed with court: Darm Nt Bk,     C/O Morgan & Associates,    2601 N W Expressway,
                Suite 205 East,    Oklahoma City, OK 73112)
16129001      +DSRM Natl Bk/Diamond Sham,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                Dallas,Tx 75374-0933
15968775      +Discover Fin Svcs LLC,    C/O Client Services,   3451 Harry Truman Blvd,
                Saint Charles, MO 63301-4047
15872500      +Dsrm Nt Bk,    7201 Canyon Dr,   Amarillo, TX 79110-4339
17444433       FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
15953282       FIA Card Services aka Bank of America,    c o Becket and Lee LLP,    POB 3001,
                Malvern, PA 19355-0701
17377852       FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
15872502      +Firstsource Advantage LLC,    205 Bryant Woods South,   Buffalo, NY 14228-3609
15872504     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/bsbuy,    Po Box 15519,   Wilmington, DE   19850)
16398164      +HSBC Bank Nevada, N.A. (Best Buy Co., Inc.),    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
16393877      +HSBC Bank Nevada, N.A. (Menards),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                Tucson, AZ 85712-1083
15968778      +Hsbc/BSbuy,    C/O LDG Financial Services LLC,   7001 Peachtree Industrial Blvd,
                Norcross, GA 30092-3673
15968777      +Hsbc/BSbuy,    C/O Blatt Hasenmiller Leibsker,    PO Box 5436,    Chicago, IL 60680-5436
15968779      +Hsbc/Mnrds,    C/O Firstsource Advantage LLC,   205 Bryant Woods South,    Buffalo, NY 14228-3609
15872505      +Hsbc/mnrds,    90 Christiana Rd,   New Castle, DE 19720-3118
15968767      +Internal Revenue Service,    Associate Area Counsel,    SB/SE,   200 W Adams St Suite 2300,
                Chicago, IL 60606-5231
15872510      +LTD Financial Services,    7322 Southwest Freeway, #1600,    Houston, TX 77074-2053
15872509      +Linebarger Goggan Blair & Samp,    P.O. Box 06152,   Chicago, IL 60606-0152
15872511     ++++MORGAN & ASSOCIATES,   2601 NW EXPRESSWAY STE 205E,    OKLAHOMA CITY OK   73112-7265
              (address filed with court: Morgan & Associates,     2601 N.W. Expressway,    Suite 205 East,
                Oklahoma City, OK   73112)
15872512      +MRS Associates Inc,    1930 Olney Ave,   Cherry Hill, NJ 08003-2016
15872513       National Action Financial Serv,    POB 9027,   Buffalo, NY   14231-9027
15872514      +National Enterprise Systems,    29125 Solon Rd,   Solon, OH 44139-3442
15968780      +Oak Forest Hospital,    C/O Linebarger Goggan Blair & Samp,    PO Box 06152,
                Chicago, IL 60606-0152
15872515       Oak Forest Hospital,    15900 S. Cicero Ave.,    Oak Forest, IL   60452
15872516      +Oxford Management Svcs,    PO Box 505,   Linden, MI 48451-0505
15968781      +Sears/Cbsd,    C/O Client Services,   3451 Harry Truman Blvd,    Saint Charles, MO 63301-4047
15968783      +Sears/Cbsd,    C/O Oxford Management Svcs,    PO BOx 505,   Linden, MI 48451-0505
15968782      +Sears/Cbsd,    C/O Ltd Financial Services,   7322 Southwest Freeway #1600,
                Houston, TX 77074-2053
15872517      +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
15872518      +Timothy A. Clark,    3180 Theodore Street, #102,    Joliet, IL 60435-8535
15872519      +Valero Credit Card Center,    PO Box 631,   Amarillo, TX 79105-0631
15872520       Wells Fargo Financial Bank,    POB 5943,   Sioux Falls, SD   57117-5943
16211763       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262
16141583       eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
                New York, NY 10087-9262
```

```
District/off: 0752-1           User: kseldon              Page 2 of 3                  Date Rcvd: Jun 15, 2012
                               Form ID: pdf006            Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15968772      +E-mail/Text: bknotice@erccollections.com Jun 16 2012 04:14:24      Chase,
               C/O Enhanced Recovery Corporation,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
15872507       E-mail/Text: cio.bncmail@irs.gov Jun 16 2012 00:21:32      Department of the Treasury,
               Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
15887774       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2012 01:34:03      Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15872499      +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2012 01:34:03      Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
15872501      +E-mail/Text: bknotice@erccollections.com Jun 16 2012 04:14:24      Enhanced Recovery Corporation,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
15872506       E-mail/Text: cio.bncmail@irs.gov Jun 16 2012 00:21:32      Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
16094105      +E-mail/Text: zenith@ebn.phinsolutions.com Jun 16 2012 03:49:12      Zenith Acquisition Corp,
               170 Northpointe Pkwy,   Suite 300,   Amherst, NY 14228-1992
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15872503*     +Robert  A Hart,   1629 Sugar Creek Ct.,   Joliet, IL 60433-3303
15872487     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
15872495     ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
15872508     ##+LDG Financial Services, LLC,   7001 Peachtree Industrial Blvd,   Norcross, GA 30092-6637
                                                                                           TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2012**                                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: kseldon              Page 3 of 3                  Date Rcvd: Jun 15, 2012
                              Form ID: pdf006            Total Noticed: 61


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2012 at the address(es) listed below:
              Cari A Kauffman    on behalf of Creditor   CITIMORTGAGE, INC. ND-Four@il.cslegal.com
              Glenn B Stearns    on behalf of Trustee Glenn Stearns mcguckin_m@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Timothy A. Clark    on behalf of Debtor Robert Hart timclark@kcccp.com,  veronica@kcccp.com
                                                                                              TOTAL: 5
```