UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
HART, ROBERT A                      §         Case No. 10-32152
                                    §
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 Citimortgage Inc Po Box 9438 Gaithersburg MD 20898 |  |  |  |  |  |
|  | Representing: Citimortgage Inc |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Citimortgage Inc | | | | | |
| 2 | CITIMORTGAGE, INC. | | | | | |
| 11S | HSBC BANK NEVADA, N.A. (BEST BUY CO | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Internal Revenue Service | | | | | |
| | Representing: Internal Revenue Service | | | | | |
| 4P | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 11 Oak Forest Hospital 15900 S. Cicero Ave. Oak Forest IL 60452 | | | | | |
| | Creditor # : 12 Sears/cbsd Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | Creditor # : 13 Valero Credit Card Center PO Box 631 Amarillo TX 79105 | | | | | |
| | Creditor # : 14 Wells Fargo Financial Bank POB 5943 Sioux Falls SD 57117-5943 | | | | | |
| | Creditor # : 4 Citi Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | Creditor # : 5 CitiBank Box 6000 The Lakes NV 89163 | | | | | |
| | Creditor # : 6 Citifinancial 300 Saint Paul Pl Baltimore MD 21202 | | | | | |
| | Representing: Bank Of America | | | | | |
| | Representing: Bank Of America | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Capital One Bank | | | | | |
| | Representing: Capital One Bank | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Citi | | | | | |
| | Representing: Discover Fin Svcs Llc | | | | | |
| | Representing: Dsrm Nt Bk | | | | | |
| | Representing: Hsbc/bsbuy | | | | | |
| | Representing: Hsbc/bsbuy | | | | | |
| | Representing: Hsbc/mnrds | | | | | |
| | Representing: Oak Forest Hospital | | | | | |
| | Representing: Sears/cbsd | | | | | |
| | Representing: Sears/cbsd | | | | | |
| | Representing: Sears/cbsd | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 4U | DEPARTMENT OF THE TREASURY | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 6 | DSRM NATL BK/DIAMOND SHAM | | | | | |
| 7 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 8 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 3 | FIA CARD SERVICES AKA BANK OF AMERI | | | | | |
| 13 | FIA CARD SERVICES, N.A. | | | | | |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 11U | HSBC BANK NEVADA, N.A. (BEST BUY CO | | | | | |
| 10 | HSBC BANK NEVADA, N.A. (MENARDS) | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | ZENITH ACQUISITION CORP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

Case No:     10-32152     BWB     Judge: BRUCE W. BLACK         Trustee Name:                 Peter N. Metrou, Trustee
Case Name:   HART, ROBERT A                                      Date Filed (f) or Converted (c):   03/09/11 (c)
                                                                 341(a) Meeting Date:          04/11/11
For Period Ending: 10/16/12                                      Claims Bar Date:              07/21/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home located at 1629 Sugar Creek C | 155,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 2. business checking account with Chase Bank Locati | 4,000.00 | 2,800.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 3. Checking Account with Chase Bank Location: In de | 1,200.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 4. Household goods and furnishings including refri | 1,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 5. Debtor's clothes Location: In debtor's possessio | 400.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 6. Pool table Location: In debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 7. 1992 Honda Accord Location: In debtor's possessi | 850.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 8. 1999 Chevy Astro Location: In debtor's possessio | 1,250.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 9. 2002 Pontiac Firebird Location: In debtor's poss | 7,050.00 | 7,050.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 9 | | | | | |
| 10. Funds turned over by Chapter 13 Trustee (u) | 0.00 | 8,400.00 | | 8,400.00 | FA |
| May 16, 2011 Received funds that were recovered from Chapter 13 Trustee from payments made by Debtor but not disbursed in Chapter 13. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.53 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)                 $171,350.00           $18,250.00                    $8,400.53             $0.00
(Total Dollar Amount in Column 6)

LFORM1                                                                                                                    Ver: 17.00b
UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Case 10-32152   Doc 60   Filed 10/25/12   Entered 10/25/12 12:14:02   Desc Main
Document      Page 11 of 16

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-32152    BWB    Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | HART, ROBERT A | Date Filed (f) or Converted (c): | 03/09/11 (c) |
| | | 341(a) Meeting Date: | 04/11/11 |
| | | Claims Bar Date: | 07/21/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 04/11/12     Current Projected Date of Final Report (TFR): 04/11/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32152 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | HART, ROBERT A | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******7365  Money Market Account |
| Taxpayer ID No: | *******3936 | | |
| For Period Ending: | 10/16/12 | Blanket Bond (per case limit): | $    0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/11 | 10 | Office of Glenn B. Stearns Chapter 13 Standing Trustee P.O. Box 586 Lisle, IL  60532-0586 | Funds turned over by trustee on converted Chapter 13. DEPOSIT CHECK #6282496 | 1290-010 | 8,400.00 | | 8,400.00 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 8,400.02 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,400.08 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,400.15 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 9.78 | 8,390.37 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,390.44 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,365.44 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,365.50 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,340.50 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,340.57 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,315.57 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,315.63 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,290.63 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,290.70 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,265.70 |
| 01/27/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 8,265.75 |
| 01/27/12 | | Transfer to Acct #*******3978 | Bank Funds Transfer | 9999-000 | | 8,265.75 | 0.00 |

Page Subtotals       8,400.53       8,400.53

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-32152 -BWB |
| Case Name: | HART, ROBERT A |
| Taxpayer ID No: | *******3936 |
| For Period Ending: | 10/16/12 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7365 Money Market Account |
| Blanket Bond (per case limit): | $ 0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,400.53 | 8,400.53 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 8,265.75 | |
| | | | Subtotal | | 8,400.53 | 134.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,400.53 | 134.78 | |

Page Subtotals  0.00  0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-32152 -BWB | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: | HART, ROBERT A | Bank Name: Congressional Bank |
| | | Account Number / CD #: *******3978 Checking Account |
| Taxpayer ID No: | *******3936 | |
| For Period Ending: | 10/16/12 | Blanket Bond (per case limit): $ 0.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/12 | | Transfer from Acct #*******7365 | Bank Funds Transfer | 9999-000 | 8,265.75 | | 8,265.75 |
| 07/30/12 | 001001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,615.65 | 6,650.10 |
| | | | Fees         1,590.05 | 2100-000 | | | |
| | | | Expenses         25.60 | 2200-000 | | | |
| 07/30/12 | 001002 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 4P, Payment 100.00000% | 5800-000 | | 5,140.37 | 1,509.73 |
| 07/30/12 | 001003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 1, Payment 1.76896%<br>7372 | 7100-000 | | 207.83 | 1,301.90 |
| 07/30/12 | 001004 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 4U, Payment 1.76898% | 7100-000 | | 770.89 | 531.01 |
| 07/30/12 | 001005 | Zenith Acquisition Corp<br>170 Northpointe Pkwy<br>Suite 300<br>Amherst, NY 14228 | Claim 5, Payment 1.76937% | 7100-000 | | 19.64 | 511.37 |
| 07/30/12 | 001006 | DSRM Natl Bk/Diamond Sham<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 6, Payment 1.76956%<br>0000 | 7100-000 | | 11.01 | 500.36 |
| 07/30/12 | 001007 | eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A. | Claim 7, Payment 1.76905%<br>9607 | 7100-000 | | 14.39 | 485.97 |
| | | | Page Subtotals | | 8,265.75 | 7,779.78 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-32152 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | HART, ROBERT A | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3978  Checking Account |
| Taxpayer ID No: | *******3936 | | | |
| For Period Ending: | 10/16/12 | | Blanket Bond (per case limit): | $  0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | Account / CD |
| | | | | | Deposits ($) | Disbursements ($) | Balance ($) |
| 07/30/12 | 001008 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 8, Payment 1.76899% 9509 | 7100-000 | | 280.34 | 205.63 |
| 07/30/12 | 001009 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | Claim 9, Payment 1.76906% 0823 | 7100-000 | | 49.10 | 156.53 |
| 07/30/12 | 001010 | HSBC Bank Nevada, N.A. (Menards) Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | Claim 10, Payment 1.76799% 4104 | 7100-000 | | 15.64 | 140.89 |
| 07/30/12 | 001011 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 12, Payment 1.76898% 1727 | 7100-000 | | 140.89 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 8,265.75 | 8,265.75 | 0.00 |
| Less:  Bank Transfers/CD's | 8,265.75 | 0.00 | |
| Subtotal | 0.00 | 8,265.75 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 8,265.75 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********7365 | 8,400.53 | 134.78 | 0.00 |
| Checking Account - ********3978 | 0.00 | 8,265.75 | 0.00 |
| | 8,400.53 | 8,400.53 | 0.00 |

Page Subtotals     0.00     485.97

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-32152 -BWB |
| Case Name: | HART, ROBERT A |
| Taxpayer ID No: | *******3936 |
| For Period Ending: | 10/16/12 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3978 Checking Account |
| Blanket Bond (per case limit): | $ 0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.00b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 16)*